# ELECTRONIC RECORD

COA # 14-13-01041-CR    OFFENSE: Poss With Intent to Deliver a Controlled Substance

STYLE: Simeon Deshon Staten v The State of Texas    COUNTY: Harris

COA DISPOSITION: Affirmed    TRIAL COURT: 174th District Court

DATE: September 10, 2015    Publish: No    TC CASE #:1374615

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Simeon Deshon Staten v The State of Texas

CCA # _____

_____PRO SE_____ Petition    CCA Disposition: **1325-15**
FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED_____    JUDGE: _____

DATE: __11/25/2015__    SIGNED: _____    PC: _____

JUDGE: _____    PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**